**Dismiss and Opinion Filed October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00216-CR
### No. 05-13-00776-CR

### JOSHUA FRANKLIN WORRELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F06-18181-M, F06-18182-M

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130776F.U05